**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILLARY WHITE | CASE NO. |
| Plaintiff(s), | 2:21−cv−06555−DSF−PVC |
| v. | |
| NEXT−UP GROUP LLC, et al. | **Order to Show Cause re Dismissal for Lack of Prosecution** |
| Defendant(s). | |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before December 13, 2021.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: November 15, 2021

                          _/s/ Dale S. Fischer_
                          Dale S. Fischer
                          United States District Judge